JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM DIAZ, | ) | Case No. CV 10-7330-CAS (SP) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| T.E. BUSBY, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: December 13, 2012

*Christina A. Snyder*
_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE